THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR KOECHL AND COMPANY, Appellant, *v.* WILLIAM J. MORGAN, as Comptroller of the State of New York, Respondent.

*People ex rel. Koechl & Co.* v. *Morgan,* 96 App. Div. 110, affirmed.
(Argued January 9, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 23, 1904, which modified and affirmed as modified a determination of the defendant assessing a franchise tax upon the relator.

*Edmund L. Cole* for appellant.

*Julius M. Mayer, Attorney-General (Horace McGuire* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARKT & STRULLER COMPANY, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Markt & Struller Co.* v. *Miller,* 105 App. Div. 637, affirmed.
(Argued January 9, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 18, 1905, which affirmed a determination of the defendant assessing a license fee and franchise tax upon the relator.

*Edmund L. Cole* for appellant.

*Julius M. Mayer, Attorney-General (Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.